-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PHELICIA PRUITT, 99G0164,

        Petitioner,

     -v-

ADA PEREZ et al.

        Respondents.

DECISION AND ORDER
05-CV-6352CJS

By previous Order (Docket #14) petitioner was granted until May 24, 2006 to either file a proposed amended petition or inform the Court that she has not yet completed her efforts to exhaust in State Court. Petitioner did neither. Petitioner has now responded to an Order to Show Cause why her petition should not be dismissed for failure to respond to a Court Order (Docket #16). Petitioner indicates that she did not respond because she did not receive the Court's Order. Petitioner's response further indicates that she is still exhausting her state court remedies. The stay of this action will, therefore, continue until further order of this Court.

     SO ORDERED.

Dated:    Sept. 29    , 2006
       Rochester, New York

                  CHARLES J. SIRAGUSA
                  United States District Judge